FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual; <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; <br><br> Defendants. | Case No. 2:16-cv-2397-GMN-GWF <br><br> **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES** <br> (Fourth Request) |

The parties, by and through their respective counsel, hereby stipulate to extend the Scheduling Order deadlines in this case as follows:

| | |
|---|---|
| Discovery Deadline | February 16, 2018 |
| Dispositive Motion Deadline | March 19, 2018 |
| Joint Pretrial Order | April 18, 2018 or 30 days from the ruling on a dispositive motion |

This is the fourth request for an extension of these deadlines. The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.

///

///

- 1 -

32623336

### *Discovery Completed To Date*

The parties have served their Initial Disclosures and supplements thereto. Various documents have been subpoenaed. Defendants have served interrogatories and requests for production, and Plaintiff has responded. Plaintiff has served interrogatories, requests for admissions and requests for production and Defendant has responded. Plaintiff and four current employees of Defendant have been deposed.

### *Remaining Discovery To Be Completed*

The depositions of Pat James and Sheila Glenn, and potentially other depositions and written discovery.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

Perhaps the most important defense witness in this case, Patricia James, retired from GES and is believed to reside in St. Lucia. Ms. James has recently returned to Las Vegas for a period of time, and will now be available for a deposition in the coming weeks at a mutually-convenient time. Sheila Glenn was scheduled for a deposition on November 15, 2017, but the deposition had to be postponed because Ms. Glenn was called for jury duty that week.

///

///

///

32623336

*Proposed Dates for Completion of Discovery*

The parties believe they will be able to complete discovery by the proposed new date of February 16, 2018.

| | |
|---|---|
| FISHER & PHILLIPS | GABROY LAW OFFICES |
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas, NV 89101 | Suite 280 |
| Attorney for Defendant | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: 11/20/2017