GABROY LAW OFFICES
Christian Gabroy (#8805)
Elizabeth Aronson (#14472)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
earonson@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-CV-02397-MMD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Stephanie Hutchinson ("Plaintiff") and Defendant Global Experience Specialists, Inc. ("Defendant") through their respective counsel, that Defendant filed its Motion for Summary Judgment on March 2, 2018. (ECF No. 25). Currently, Plaintiff's response is due on March 21, 2018.

It is stipulated and agreed by and between Plaintiff and Defendant as follows:

Plaintiff has an additional fourteen (14) days to respond to Defendant's Motion for Summary Judgment. (ECF No. 25). Plaintiff herein requests Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment be extended up to and including April 4, 2018.

This is the first request to extend time for Plaintiff to respond to Defendant's Motion for Summary Judgment. Such extension request herein is made in good faith.

Such extension request is needed herein because Plaintiff's counsel needs further time for such response, as Plaintiff's counsel has additional work commitments. These commitments include, but are not limited to, evidentiary hearings, an early neutral evaluation conference, meetings with clients, and a post-termination hearing. Further, Plaintiff's counsel will be traveling and needs additional time to complete such Response to Defendant's Motion for Summary Judgment.

DATED this 16th day of March 2018.

FISHER & PHILLIPS

By: /s/ Scott Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
*Attorney for Defendant*

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy, Esq.
Elizabeth Aronson, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 16, 2018