FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:16-cv-2397-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT REPLY BRIEF**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including May 4, 2018 to file a reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 31). Defendant's Motion for Summary Judgment (ECF No. 25) was filed March 1, 2018. Additional time is needed because defense counsel will be on vacation starting April 12 through April 19 and, among other things, has to complete an

- 1 -

33944895

appellate brief before leaving.  This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas. NV 89101 | Suite 280 |
| Attorney for Defendant | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2018

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

33944895