FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:16-cv-2397-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have up to and including March 18, 2019 to file a Joint Pretrial Order. This is the first request for an extension of this deadline since the Settlement Conference occurred. The parties have met since the Settlement Conference to discuss pretrial issues, but further time will be needed to complete the Joint Pretrial Order, especially since defense counsel is preoccupied through February 11 with a

- 1 -

34975679

Ninth Circuit appellate brief.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 South Green Valley Parkway |
| Las Vegas, NV 89101 | Suite 280 |
| Attorney for Defendant | Henderson, NV 89012 |
| | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2019