GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual,<br><br>Plaintiff,<br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-CV-02397-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have up to and including April 17, 2019 to file a Joint Pretrial Order. This is the second request for an extension of this deadline since the Settlement Conference occurred. The parties have met to discuss pretrial issues, but further time will be needed to complete the Joint Pretrial Order.

///

This request is not sought for any improper purpose or other reason of delay.

DATED this 5th day of March 2019.

FISHER & PHILLIPS

By: /s/ Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
*Attorney for Defendant*

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 5, 2019