GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-CV-02397-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have up to and including May 17, 2019 to file a Joint Pretrial Order. This is the third request for an extension of this deadline since the Settlement Conference occurred.

A family member of Plaintiff's lead trial counsel has recently experienced a medical emergency that requires such counsel's attention. Accordingly, further time is needed to complete the Joint Pretrial Order and the parties respectfully request this extension.

///

This request is not sought for any improper purpose or other reason of delay.

DATED this 2nd day of April 2019.

| | |
|---|---|
| FISHER & PHILLIPS | GABROY LAW OFFICES |
| By: _/s/ Scott Mahoney_____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>*Attorney for Defendant* | By: _/s/ Christian Gabroy_____<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway,<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorney for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 2, 2019