GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff Stephanie Hutchinson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HUTCHINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-CV-02397-MMD-GWF<br><br>**ORDER RE:**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have up to and including July 12, 2019 to file a Joint Pretrial Order. This is the fifth request for an extension of this deadline since the Settlement Conference occurred.

A family member of Plaintiff's lead trial counsel has recently experienced a medical emergency that continues to require such counsel's attention. Further, Plaintiff's counsel had prior deadlines in other matters, had a trial scheduled for June, and had other matters that would require his attention. Plaintiff's counsel expects this to be the last such request on his belief and requests the Court's accommodation herein. Accordingly, further time is needed to complete the Joint Pretrial Order and the parties respectfully request this extension.

This matter is set for a two-week trial stack commencing on Tuesday, November 5, 2019. ECF No. 53, p. 1. Calendar call is set for Monday, October 28, 2019. *Id.* at p. 2. This request should have no effect on these dates, nor any other pre-trial hearings this

Court deems necessary.

This request is not sought for any improper purpose or other reason of delay.

DATED this 14th day of June 2019.

| | |
|---|---|
| FISHER & PHILLIPS | GABROY LAW OFFICES |
| By: _/s/ Scott Mahoney_____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>*Attorney for Defendant* | By: _/s/ Christian Gabroy_____<br>Christian Gabroy, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway,<br>Suite 280<br>Henderson, Nevada 89012<br>*Attorney for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2019